**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **16-20469**       Chapter **7**

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/16

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Scorpion Drilling, Inc. | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 2  7  –  5  0  3  3  6  4  8 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **Attn: Lauro Chapa** | |
| Number    Street | Number    Street |
| **Highway 359** | |
| | P.O. Box |
| **Benavides**          **TX**    **78341** | |
| City                State   ZIP Code | City                State   ZIP Code |
| **Duval** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number    Street |
| | City                State   ZIP Code |

5. **Debtor's website (URL)**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify:

Debtor  **Scorpion Drilling, Inc.** _____   Case number (if known)  **16-20469** _____

**7.  Describe debtor's business**        A.  *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B.  *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.  *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____   When _____   Case number _____
                                              MM / DD / YYYY
         District _____   When _____   Case number _____
                                              MM / DD / YYYY
         District _____   When _____   Case number _____
                                              MM / DD / YYYY

Debtor  **Scorpion Drilling, Inc.**                                          Case number (if known)  **16-20469**

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____   Relationship _____

District _____   When _____
                                            MM / DD / YYYY

Case number, if known _____

Debtor _____   Relationship _____

District _____   When _____
                                            MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**          *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
                            Number    Street

_____

_____
City                      State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

## ▉  Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **Scorpion Drilling, Inc.**      Case number (if known) **16-20469**

| | | | | | |
|---|---|---|---|---|---|
| **14. Estimated number of creditors** | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 | | |
| | ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 | | |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 | | |
| | ☐ 200-999 | | | | |
| **15. Estimated assets** | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | | |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | | |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | | |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion | | |
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | | |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | | |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | | |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion | | |

## ▉ Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/26/2016**
        MM / DD / YYYY

X **/s/ Lauro Chapa**           **Lauro Chapa**
Signature of authorized representative of debtor      Printed name

Title **President**

**18. Signature of attorney**

X **/s/ John Edward Cromwell**        Date **11/26/2016**
Signature of attorney for debtor           MM / DD / YYYY

**John Edward Cromwell**
Printed name

**Cromwell Law Firm**
Firm name

**3833 S. Staples; Suite 210**
Number      Street

**Corpus Christi**          **TX**      **78411**
City          State      ZIP Code

**(361) 887-9700**
Contact phone          Email address

**Fed Bar# 583491**
Bar number          State

**Fill in this information to identify the case**

Debtor name **Scorpion Drilling, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) **16-20469**

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No.  Go to Part 2.
   ☐ Yes.  Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)       Type of account       Last 4 digits of account number

4. **Other cash equivalents**       *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $0.00

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No.  Go to Part 3.
   ☐ Yes.  Fill in the information below.

Debtor __**Scorpion Drilling, Inc.**_____     Case number (if known) __**16-20469**_____
      Name

| | Current value of debtor's interest |
|---|---|
| **7.**   **Deposits, including security deposits and utility deposits** | |
|     Description, including name of holder of deposit | |
| **8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
|     Description, including name of holder of prepayment | |
| **9.**   **Total of Part 2.** | |
|     Add lines 7 through 8.  Copy the total to line 81. | $0.00 |

## Part 3:  Accounts receivable

**10.**   **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes.  Fill in the information below.

**11.**   **Accounts receivable**

                                                                    Current value of debtor's interest

| 11a. 90 days old or less: | $0.00 | – | $0.00 | = ..............→ | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | $0.00 | – | $0.00 | = ..............→ | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

**12.**   **Total of Part 3**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.         $0.00

## Part 4:  Investments

**13.**   **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.**   **Mutual funds or publicly traded stocks not included in Part 1** | | |
|     Name of fund or stock: | | |
| **15.**   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
|     Name of entity:           % of ownership: | | |
| **16.**   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
|     Describe: | | |
| **17.**   **Total of Part 4** | | |
|     Add lines 14 through 16.  Copy the total to line 83. | | $0.00 |

## Part 5:  Inventory, excluding agriculture assets

**18.**   **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

Debtor   **Scorpion Drilling, Inc.**                                    Case number (if known)  **16-20469**
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

$0.00

24. **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops--either planted or harvested** | | | |
| 29. **Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **2003 SPCN** | | | $0.00 |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

34. **Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

| Debtor | **Scorpion Drilling, Inc.** | Case number (if known) | **16-20469** |
|---|---|---|---|
| | Name | | |

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42.  Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.  Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | **$0.00** |

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2003 SPCN - FB - VIN # ca952096 - Trailer - Owned by Scorpion Drilling Company, Inc** | | | **$0.00** |
| 47.2.  **1948 Shopmade - Trailer-Lowboy - Vin # TR100764 - Trailer-Lowboy - Owned by Scorpion Drilling , Inc - Rig # Dozer** | | | **$0.00** |
| 47.3.  **1952 Lufking - L/B - 8776 Trailer-Lowboy - Owned by Scorpion Drilling , Inc - Rig # 820-B** | | | **$0.00** |
| 47.4.  **1964 Brewster - Rig #3 - VIN # NA4 - Trailer Mounted Rig - Owned by Scorpion Drilling , Inc - RIG # 3** | | | **$0.00** |
| 47.5.  **1968 Freuhauf - Trailer - VIN# MEJ699402 - Pipe Float - Owned by Scorpion Drilling , Inc - RIG# PipeFloat R-1** | | | **$0.00** |

Debtor   **Scorpion Drilling, Inc.**
Name

Case number (if known)   **16-20469**

| | | |
|---|---|---|
| 47.6. | **1969 Load King - Lowboy - 5793 Trailer - Owned by Scorpion Drilling , Inc** | $0.00 |
| 47.7. | **1972 Nabors - Trailer - VIN# 20281FB65 - Trailer - Owned by Scorpion Drilling , Inc - RIG# KellyFloat R-1** | $0.00 |
| 47.8. | **1975 Shopmade - Token - VIN# TR133938 - Trailer - Owned by Scorpion Drilling , Inc - RIG# Lowboy #1** | $0.00 |
| 47.9. | **1980 Vulcan - FB - VIN# VT533980 - Trailer - Owned by Scorpion Drilling , Inc - RIG# 834-B** | $0.00 |
| 47.10. | **1982 Staf - FB - 16707 Trailer - Owned by Scorpion Drilling , Inc** | $0.00 |
| 47.11. | **1988 Freuhauf - RF - VIN# 1H2R04825JH055901 - Trailer - Owned by Scorpion Drilling , Inc - RIG# CrewQuarters R-2** | $0.00 |
| 47.12. | **1994 Fontaine - FB - VIN# 14830XR1562459 - Flatbed - Owned by Scorpion Drilling , Inc** | $0.00 |
| 47.13. | **1995 Ford - TR - VIN# 1FTYS95B6SVA30234 - Owned by Scorpion Drilling , Inc** | $0.00 |
| 47.14. | **1996 FRUE - TN - VIN# 4J8B04224TT005601 - Tanker - Owned by Scorpion Drilling , Inc** | $0.00 |
| 47.15. | **1996 International - VIN# 110BA02R4TA035331 - Travel Trailer - Owned by Scorpion Drilling , Inc** | $0.00 |
| 47.16. | **1996 Freightliner - TR - VIN# 1FUPBZYB5TL738343 - Frht - Owned by Scorpion Drilling , Inc - RIG# 868** | $0.00 |
| 47.17. | **1996 Western Star - TR - 2WKRDCXH3TK940869 - Owned by Scorpion Drilling , Inc - rig# 866** | $0.00 |
| 47.18. | **1996 Freightliner - TR - VIN# 1FUYDSEB3TP603249 - Owned by Scorpion Drilling , Inc - RIG# 879** | $0.00 |
| 47.19. | **1997 Ford - VN - VIN# 1FDLF47F4VEB29009 - Owned by Scorpion Drilling , Inc - RIG# 134** | $0.00 |
| 47.20. | **1997 Peterbilt - TR - VIN# 1XP6DR9XXVD609887 - Owned by Scorpion Drilling , Inc - RIG# 867** | $0.00 |
| 47.21. | **1997 Peterbilt - TR - VIN# 1XP6DR9X7VD609863 - Owned by Scorpion Drilling , Inc - RIG# 870** | $0.00 |
| 47.22. | **1997 MACK - TR - VIN# 1M2P264Y5VM023572 - Owned by Scorpion Drilling , Inc - RIG# 875** | $0.00 |
| 47.23. | **1998 WFT - TN - VIN# WTM98334 - Trac Tank - Owned by Scorpion Drilling , Inc - RIG# 8334** | $0.00 |
| 47.24. | **1999 Peterbilt - TR - VIN# 1XPFDB9X9XD475786 - Owned by Scorpion Drilling , Inc - RIG# 872** | $0.00 |
| 47.25. | **2000 BGTX - VA - WIN# 16VGX402552646654 - Token Trailer - Owned by Scorpion Drilling , Inc -** | $0.00 |
| 47.26. | **2000 Mack - TR - VIN# 1M1AA13Y4YW123124 - CH613 - Owned by Scorpion Drilling , Inc - RIG# 873** | $0.00 |

Debtor   **Scorpion Drilling, Inc.**                                    Case number (if known)   **16-20469**
_____                    _____
Name

| | | | |
|---|---|---|---|
| 47.27. | 2001 DOON - VIN# 1D9BG02111208349 - Oil Well Permit - Owned by Scorpion Drilling , Inc | | $0.00 |
| 47.28. | 2002 Freightliner - PK - VIN# 1FVABTAKX2HK98436 - Owned by Scorpion Drilling , Inc - RIG# 88 | | $0.00 |
| 47.29. | 2003 Ford - PK - VIN#  1FTNF20P63EB83859 - F-250 - Owned by Scorpion Drilling , Inc - RIG# 859 | | $0.00 |
| 47.30. | 2004 International - FB - VIN# 1HTMMAAM24H596655 - Owned by Scorpion Drilling , Inc - RIG# 4 | | $0.00 |
| 47.31. | 2005 Ford - PK - VIN# 1FTSX20P95EB51717 - F-250 - Owned by Scorpion Drilling , Inc - RIG# 132 | | $0.00 |
| 47.32. | 2005 Ford - PK - VIN# 1FDXW46Y25EC25785 - Owned by Scorpion Drilling , Inc - RIG# 131 | | $0.00 |
| 47.33. | 2005 Sterling - TR - VIN# 2FWJA3AV55AU29224 - Owned by Scorpion Drilling , Inc - RIG# 874 | | $0.00 |
| 47.34. | 2008 Ford - PK - VIN# 1FDSX20R18ED08974 - F-250 - Owned by Scorpion Drilling , Inc - RIG# 113 Lionel | | $0.00 |
| 47.35. | 2011 Gert - TN - VIN# 3P9E402A4BE026021 - Trailer - Owned by Scorpion Drilling , Inc | | $0.00 |
| 47.36. | 2011 Ford - FB - VIN# 1FD8W3HT7BEB65286 - F-350 - Owned by Scorpion Drilling , Inc - VIN# 115 | | $0.00 |
| 47.37. | 2012 Chevy - PK - VIN# 1GB3K0CLCF132031 - FB - Owned by Scorpion Drilling , Inc - RIG# Alex | | $0.00 |
| 47.38. | 2012 Ford - PK - VIN# 1FT8W3BT4CEC25037 - F-350 - Owned by Scorpion Drilling , Inc - RIG# 117 | | $0.00 |
| 47.39. | 2012 Ford - PK - VIN# 1FT8W3BT6CEB99735 - F-350 - Owned by Scorpion Drilling , Inc - RIG# 118 | | $0.00 |
| 47.40. | 2012 Dodge - FB - VIN# 3C7WDTC18CG140502 - Owned by Scorpion Drilling , Inc - RIG# 114 | | $0.00 |
| 47.41. | 2013 Chevrelot - PK - VIN# 1GC4KZC8XDF166370 - Silverado - Owned by Scorpion Drilling , Inc - RIG# 120 Romeo | | $0.00 |
| 47.42. | 1961 Hami - FB - VIN# SN200315 - Trailer - Owned by Scorpion Exploration & Production | | $0.00 |
| 47.43. | 1962 Skytop - Rig #2 - VIN# N1137 - Self Propelled Drilling Rig - Owned by Scorpion Exploration & Production - RIG# 2 | | $0.00 |
| 47.44. | 1963 Lufking - Float - 17858 Junk Trailer - Owned by Scorpion Exploration & Production - UNIT# Junk Trailer | | $0.00 |
| 47.45. | 1968 Hobb - Trailer - VIN# FHJ552401 - Trailer - Owned by Scorpion Exploration & Production - RIG# 840-B | | $0.00 |
| 47.46. | 1975 Nabors - LB - VIN# 23228LD3 - Black Detachable - Owned by Scorpion Exploration & Production | | $0.00 |
| 47.47. | 1977 TWMC - LB - 362577 Silver Tanker - Owned by Scorpion Exploration & Production | | $0.00 |

| Debtor | Scorpion Drilling, Inc. | Case number (if known) | 16-20469 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 47.48. | **1977 Load King - LB - VIN# 6629STC - Trailer - Owned by Scorpion Exploration & Production - RIG# 842-B** | | $0.00 |
| 47.49. | **1979 VIMC - FB - 7836398 Trailer - Owned by Scorpion Exploration & Production - RIG# 838-B** | | $0.00 |
| 47.50. | **1979 GRT - FB - VIN# M23998 - Trailer - Owned by Scorpion Exploration & Production** | | $0.00 |
| 47.51. | **1981 Repu - TN - 1.30061E+12 Red Tank - Owned by Scorpion Exploration & Production** | | $0.00 |
| 47.52. | **1981 MACK - TR - 1M2S123C4BA001149 - Owned by Scorpion Exploration & Production - RIG# 830** | | $0.00 |
| 47.53. | **1982 Temp - Trailer - VIN# 1TNaV3624CDBB3471 - Belly Dump - Owned by Scorpion Exploration & Production - RIG# Belly Dump** | | $0.00 |
| 47.54. | **1982 Hobb - Trailer - VIN# 1H5P0422XCN001517 - Trailer - Owned by Scorpion Exploration & Production** | | $0.00 |
| 47.55. | **1985 Ford - CM - VIN# 1FDYU90W7FVA59151 - Owned by Scorpion Exploration & Production** | | $0.00 |
| 47.56. | **1986 Dorsey - Trailer-Crew Quarters - VIN# 1DTVXZXGA175436 - Travel Trailer - Owned by Scorpion Exploration & Production** | | $0.00 |
| 47.57. | **1988 MACK - TR - VIN# 1M1N188Y9JA021274 - R688ST - Owned by Scorpion Exploration & Production -  RIG# 832** | | $0.00 |
| 47.58. | **1988 Kenworth - TR - VIN# 1XKDD29X4JJ509493 - T800 - Owned by Scorpion Exploration & Production -  RIG# 834** | | $0.00 |
| 47.59. | **1989 Adam - VC - VIN# AEC8919 - Vacume - Owned by Scorpion Exploration & Production** | | $0.00 |
| 47.60. | **1990 Sportsman - Trailer-Crew Quarters-1127GTW1919378996 - Travel Trailer - Owned by Scorpion Exploration & Production** | | $0.00 |
| 47.61. | **1991 Chevy - Kodiak - VIN# 1GBL7HIJ5MJ104020 - Pickup - Owned by Scorpion Exploration & Production** | | $0.00 |
| 47.62. | **1993 MACK - TR - VIN# 2M2P267Y2PCO15556 - F\B Owned by Scorpion Exploration & Production - RIG# 838** | | $0.00 |
| 47.63. | **1994 Lufking - UT - VIN# 1L01B4828R1112338 - Flatbed - Owned by Scorpion Exploration & Production** | | $0.00 |
| 47.64. | **1994 Viking - FB - VIN# 1V9DS4527RN062010 - Flatbed - Owned by Scorpion Exploration & Production** | | $0.00 |
| 47.65. | **1994 Dodge - Pk - VIN# 1B7MC36C8RS701320 - Ram3500 - Owned by Scorpion Exploration & Production -  RIG# 124 Pedro** | | $0.00 |

Debtor    **Scorpion Drilling, Inc.**
              Name                                          Case number (if known)   **16-20469**

| | | | |
|---|---|---|---|
| 47.66. | **1994 MACK - TR - VIN# 1M2AA13Y6RW039688 - Owned by Scorpion Exploration & Production - RIG# 850** | | **$0.00** |
| 47.67. | **1995 Western Star - TR - VIN# 2WKPDCCH1SK936055 - Owned by Scorpion Exploration & Production - RIG# 822** | | **$0.00** |
| 47.68. | **1997 International - TR - VIN# 2HSFHAER5VC020767 - Owned by Scorpion Exploration & Production - RIG# 863** | | **$0.00** |
| 47.69. | **1999 Ford - PK - VIN# 1FTNX21S3XED40320 - F-250 - Owned by Scorpion Exploration & Production** | | **$0.00** |
| 47.70. | **1999 Ford - PK - VIN# 1FTNW20FXXED99969 - F-250 - Owned by Scorpion Exploration & Production - RIG# 104** | | **$0.00** |
| 47.71. | **2000 Ford - FB - VIN# 3FDWF36F9YMA22038 - F-350 - Owned by Scorpion Exploration & Production - RIG# 44** | | **$0.00** |
| 47.72. | **2001 Gooseneck - LB - VIN# 16G1640251B032867 - Trailer - Owned by Scorpion Exploration & Production** | | **$0.00** |
| 47.73. | **2001 Western Star - TR - VIN# 2WKPDDXJ31K967843 - 4900E - Owned by Scorpion Exploration & Production - RIG# 816C** | | **$0.00** |
| 47.74. | **2002 Walker - TN - VIN# 5WSAB42242N034942 - Trailer - Owned by Scorpion Exploration & Production** | | **$0.00** |
| 47.75. | **2003 Dodge - Pk - VIN# 3D7MA48653G754564 - Ram2500 - Owned by Scorpion Exploration & Production - RIG# 125** | | **$0.00** |
| 47.76. | **2003 Dodge - PK - VIN# 3D7KA286536819683 - Ram2500 - Owned by Scorpion Exploration & Production - RIG# 126** | | **$0.00** |
| 47.77. | **2003 MACK - TN - VIN# 1M1AA09YX3W026861 - Truck Owned by Scorpion Exploration & Production - RIG# 869** | | **$0.00** |
| 47.78. | **2005 Ford - PK - VIN# 1FTSX20P35EA85410 - F-250 - Owned by Scorpion Exploration & Production - RIG# 121** | | **$0.00** |
| 47.79. | **2007 Western Star - TR- VIN# 5KJJAECK37PZ21872 - Owned by Scorpion Exploration & Production - RIG# 846** | | **$0.00** |
| 47.80. | **2007 Western Star - TR - VIN# 5KJJAECK17PZ21871 - Owned by Scorpion Exploration & Production - RIG# 842** | | **$0.00** |
| 47.81. | **2007 Western Star - TR - VIN# 5KJJAECK97PZ21875 - Owned by Scorpion Exploration & Production - RIG# 844** | | **$0.00** |
| 47.82. | **2008 Ford - UT - VIN# 1FDWF36R68AE61217 - F-350 - Owned by Scorpion Exploration & Production - RIG# 130** | | **$0.00** |

| Debtor | **Scorpion Drilling, Inc.** | Case number (if known) | **16-20469** |
|---|---|---|---|
| | Name | | |

47.83. **1980 Monon - Trailer-Crew Quarter - VIN#**
**1NNEF4528BM057128 - Travel Trailer - Owned**
**by Scorpion Exploration & Production**                                                 **$0.00**

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                        **$0.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.    **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

Debtor    **Scorpion Drilling, Inc.**                                   Case number (if known)    **16-20469**
_____Name_____

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

**61. Internet domain names and websites**

**62. Licenses, franchises, and royalties**

**63. Customer lists, mailing lists, or other compilations**

**64. Other intangibles, or intellectual property**

**65. Goodwill**

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.                                        **$0.00**

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:  All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes.  Fill in the information below.

Current value of debtor's interest

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                                        **$0.00**

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor __Scorpion Drilling, Inc._____     Case number (if known) __16-20469_____
Name

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................ ➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.**  Add lines 80 through 90 for each column. 91a. | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.................................................................... | | $0.00 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Scorpion Drilling, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **16-20469** |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

    ☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.
    ☑ Yes.  Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2.  **List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

| Creditor's name **James D. Dobos** | Describe debtor's property that is subject to a lien | $2,001,500.00 | $0.00 |
|---|---|---|---|

Creditor's mailing address
**P.O. Box 643**

**Eqiupment**

Describe the lien

**Collecting for -**

Is the creditor an insider or related party?

**Benavides          TX    78341**
Creditor's email address, if known

☑ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes.  Specify each creditor, including this creditor, and its relative priority.

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$2,001,500.00**

**Fill in this information to identify the case:**

Debtor     **Scorpion Drilling, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **16-20469**
(if known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

                                                         **Total claim**         **Priority amount**

| Debtor | **Scorpion Drilling, Inc.** | Case number (if known) | **16-20469** |

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$375.41** |

**3-C Valve & Eqiupment**

**P.O. Box 5345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Collecting for -**

| Kingwood | **TX** | **77325** |

Date or dates debt was incurred

Last 4 digits of account number      **3   2   8   3**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,118.86** |

**ACME TRUCK LINE INC**

**P.O. Box**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Collecting for -**

| Nashville | **TN** | **37241** |

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |

**Adamson & Company, LLC**

**701 Ayers Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Collecting for -**

| Corpus Christi | **TX** | **78404** |

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,050.00** |

**Adamson & Company, LLC**

**701 Ayers Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Collecting for -**

| Corpus Christi | **TX** | **78404** |

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  **Scorpion Drilling, Inc.**                                           Case number (if known)  **16-20469**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     **Amount of claim**

| **3.5** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Adamson & Compony, LLC**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$2,325.00**

---

| **3.6** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Alejando Lopez MD**

**201 Mariposa**

**Alice**          **TX**    **78332**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Last 4 digits of account number   4   3   4   4

Is the claim subject to offset?
☑ No
☐ Yes

**$2,131.00**

---

| **3.7** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Alice Bit Retipping Service, Inc**

**P.O. Box 3618**

**Alice**          **TX**    **78333**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Last 4 digits of account number   6   5   8   4

Is the claim subject to offset?
☑ No
☐ Yes

**$5,670.63**

---

| **3.8** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Atlas Instrument & Supply Co., Inc.**

**4802 Renies Court**

**Needville**          **TX**    **77461**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$284.70**

---

| Debtor | **Scorpion Drilling, Inc.** | | Case number (if known) | **16-20469** |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,031.44 |
|---|---|---|---|

**Big H Transport LLC**

**51 Magnolia RD**

☐ Contingent
☐ Unliquidated
☐ Disputed

Cleveland          TX      77328

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,659.17 |
|---|---|---|---|

**Bruington Engineering, LTD**

**8620 N. New Braunfels Suite 508**

☐ Contingent
☐ Unliquidated
☐ Disputed

San Antonio          TX      78217

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,232.36 |
|---|---|---|---|

**C W Ford Rentals**

**P.O. Box 3156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Kilgore          TX      75663

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,673.74 |
|---|---|---|---|

**C. M. HENKEL III**

**500 N. SHORELINE, SUITE 901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Corpus Christi          TX      78401

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor   **Scorpion Drilling, Inc.**                                     Case number (if known)   **16-20469**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                    Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **$1,050.00** |
| --- | --- | --- | --- |

**Calallen Minor Emergency Center**

**1159 Leopard St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Corpus Christi | TX | 78410 |

**Collecting for -**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **$79,786.34** |
| --- | --- | --- | --- |

**Canales & Simonson**

**P.O. Box 5624**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Corpus Christi | TX | 78465 |

**Collecting for -**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **$10,705.61** |
| --- | --- | --- | --- |

**Caprock Oil Tools**

**3446 Main St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Pearland | TX | 77581 |

**Collecting for -**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **$499.48** |
| --- | --- | --- | --- |

**Carter Water Well Drilling**

**P.O. Box 856**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Woodsboro | TX | 78393 |

**Collecting for -**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| Debtor | **Scorpion Drilling, Inc.** | Case number (if known) | **16-20469** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.17** Nonpriority creditor's name and mailing address

**Certified Oilfield Rentals, Inc.**

**579 U.S. Hwy 87 North P.O.Box 967**

**Cuero**      **TX**      **77954**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Collecting for -**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,382.81**

---

**3.18** Nonpriority creditor's name and mailing address

**Christus Health pLAN**

**P.O. BOX 1239**

**Dallas**      **TX**      **75312**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Collecting for -**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,320.62**

---

**3.19** Nonpriority creditor's name and mailing address

**Christus Spohn Hospital Beeville**

**1500 East Houston St.**

**Beeville**      **TX**      **78102**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Collecting for -**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,740.15**

---

**3.20** Nonpriority creditor's name and mailing address

**COASTAL BEND WELLHEAD INC.**

**4841 SANTA ELENA**

**Corpus Christi**      **TX**      **78405**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Collecting for -**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$15,417.88**

---

| Debtor | **Scorpion Drilling, Inc.** | Case number (if known) | **16-20469** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|
| **3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Commerce and Industry Insurance Company**

**5429 LBJ Freeway; Suite 700**

☐ Contingent
☐ Unliquidated
☐ Disputed

$13,478.00

**Dallas**      **TX**    **75240**

**Basis for the claim:**
**Collecting for -**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**D & D Vacuum Service**

**P.O. Box 460**

☐ Contingent
☐ Unliquidated
☐ Disputed

$959.40

**Brookshire**      **TX**    **77423**

**Basis for the claim:**
**Collecting for -**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**D&M Hillard Trucking, LLC**

**1513 NE 2nd Moore**

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,682.00

**Oklahoma City**      **OK**    **73160**

**Basis for the claim:**
**Collecting for -**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**D-A-M Services, Inc.**

**P.O. Box 611/178 Dam RD.**

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,601.25

**El Campo**      **TX**    **77437**

**Basis for the claim:**
**Collecting for -**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| Debtor | **Scorpion Drilling, Inc.** | Case number (if known) | **16-20469** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.25**   Nonpriority creditor's name and mailing address

**David Hempel**

**1075 Fordyce Rd.**

**Victoria**          **TX**     **77905**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collecting for -**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,170.00**

---

**3.26**   Nonpriority creditor's name and mailing address

**Dimmit Regional Hospital**

**704 Hospital Drive**

**Carrizo Springs**          **TX**     **78834**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collecting for -**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,975.30**

---

**3.27**   Nonpriority creditor's name and mailing address

**DOL-OSHA**

**606 N. Caranchua ; Suite 700**

**Corpus Christi**          **TX**     **78401**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collecting for -**

Is the claim subject to offset?
☑ No
☐ Yes

**$15,295.00**

---

**3.28**   Nonpriority creditor's name and mailing address

**Dragon Rig Sales and Service LTD**

**1203 Industrial Park Dr.**

**Victoria**          **TX**     **77905**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collecting for -**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,903.60**

---

| Debtor | **Scorpion Drilling, Inc.** | | Case number (if known) | **16-20469** |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.29**  Nonpriority creditor's name and mailing address

**Excalibar Minerals**

**3202 East Navigation Blvd.**

**Corpus Christi**      **TX**      **78402**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collecting for -**

Is the claim subject to offset?
☑ No
☐ Yes

**$46,554.00**

**3.30**  Nonpriority creditor's name and mailing address

**Fesco, Ltd**

**1000 Fesco Ave.**

**Alice**      **TX**      **78332**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collecting for -**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,620.00**

**3.31**  Nonpriority creditor's name and mailing address

**Flatiron Capital**

**1700 Lincoln St. ; 12th Floor**

**Denver**      **CO**      **80203**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collecting for -**

Is the claim subject to offset?
☑ No
☐ Yes

**$48,177.34**

**3.32**  Nonpriority creditor's name and mailing address

**Fleetpride**

**P.O. Box 9156**

**Corpus Christi**      **TX**      **78469**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collecting for -**

Is the claim subject to offset?
☑ No
☐ Yes

**$32,927.84**

| Debtor | **Scorpion Drilling, Inc.** | Case number (if known) | **16-20469** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address | | **$1,531.51** |

**FORCE TRUCKING**

**4841 SANTA ELENA**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Corpus Christi              TX      78405

**Basis for the claim:**
**Collecting for -**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | | **$481.25** |

**Gary P. Scoggins Attorney at Law**

**71 N. Wright St.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Alice                        TX      78332

**Basis for the claim:**
**Collecting for -**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | | **$175.00** |

**Gary P. Scoggins, Attorney at Law**

**71 N. Wright St.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Alice                        TX      78332

**Basis for the claim:**
**Collecting for -**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | | **$54,078.35** |

**Global AM-TX, Inc.**

**P.O. Box 1287**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Alvin                        TX      77512

**Basis for the claim:**
**Collecting for -**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Scorpion Drilling, Inc.** | Case number (if known) | **16-20469** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                   Amount of claim

| | | |
|---|---|---|
| **3.37** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$30.00** |
| **Guillermo D. Marquez, M.D.** | ☐ Contingent | |
| **620 S. 12th St.** | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |
| **McAllen**          **TX**     **78501** | **Collecting for -** | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.38** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$974.10** |
| **GULF COAST NUT & BOLT LLC** | ☐ Contingent | |
| **4501 Leopard St.** | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |
| **Corpus Christi**          **TX**     **78408** | **Collecting for -** | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.39** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,197.31** |
| **GULF ELECTRICAL WHOLESALE, INC.** | ☐ Contingent | |
| **300 GULF St., P.O. Drawer 2180** | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |
| **Alice**          **TX**     **78332** | **Collecting for -** | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.40** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,509.44** |
| **Halliburton** | ☐ Contingent | |
| **300 West Sycomore Rd.** | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |
| **Fresno**          **TX**     **77545** | **Collecting for -** | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☑ No<br>☐ Yes | |

Debtor   **Scorpion Drilling, Inc.**                                    Case number (if known)   **16-20469**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,450.98 |
|---|---|---|---|

**Hertz Equipment Rental**

**P.O. Box 650280**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                    **TX**    **75265**

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $766.15 |
|---|---|---|---|

**Howard Supply Company, LLC**

**Dept 312 P.O. Box 4869**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                    **TX**    **77210**

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $271.70 |
|---|---|---|---|

**International American Oil works**

**2416 North FM 1936**

**P.O. Box 69170**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Austin**                    **TX**    **78769**

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,893.19 |
|---|---|---|---|

**J & R Valley Oilfield Services, Inc**

**P.O. Box 310**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Mission**                    **TX**    **78573**

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Debtor | **Scorpion Drilling, Inc.** | Case number (if known) | **16-20469** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.45** | Nonpriority creditor's name and mailing address | | $412.00 |

**J. F. RALSTON CO., INC.**

**P.O. Box 25**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Carrizo Springs**          **TX**      **78834**

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| **3.46** | Nonpriority creditor's name and mailing address | | $187.68 |

**JACK COWLEY SUPPLY CO. INC.**

**P.O. Box 3546 1902 S. HWY 281**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Alice**          **TX**      **78333**

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| **3.47** | Nonpriority creditor's name and mailing address | | $12,053.30 |

**JJ WELL SERVICES, LLC**

**P.O. Box 4344**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**McAllen**          **TX**      **78502**

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| **3.48** | Nonpriority creditor's name and mailing address | | $2,459.24 |

**Key Energy Services**

**P.O. Box 201858**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dallas**          **TX**      **75320**

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **Scorpion Drilling, Inc.** | | Case number (if known) | **16-20469** |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.49** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Kim Cox Attorney at Law**

**701 Ayers Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$33,208.74**

| **Corpus Christi** | **TX** | **78404** |
|---|---|---|

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

| **3.50** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Lauro H. Chapa Cem. /Falcon Downhole**

**P.O. Box 2**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$225,757.53**

| **Benavides** | **TX** | **78341** |
|---|---|---|

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

| **3.51** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Luera's Welding Service, Inc.**

**P.O. Box 4108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$407.25**

| **Alice** | **TX** | **78333** |
|---|---|---|

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

| **3.52** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Mangum's Oilfield Services, LTD**

**P.O. Box 786**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,980.47**

| **Eagle Lake** | **TX** | **77434** |
|---|---|---|

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

| Debtor | **Scorpion Drilling, Inc.** | | Case number (if known) | **16-20469** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,647.63** |

**Mesa Saftey Services**

**P.O. Box 141**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Pleasanton** | **TX** | **78064** | **Collecting for -** |

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| **3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,858.35** |

**Metlife-Group Benefits**

**P.O. Box 804466**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Kansas City** | **MO** | **64180** | **Collecting for -** |

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| **3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,810.50** |

**MHHS KATY HOSPITAL**

**23900 KATY FREEWAY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Katy** | **TX** | **77494** | **Collecting for -** |

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| **3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$380.00** |

**MISSION VACUUM & PIPE TRUCK**

**P.O. Box 1935**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Mission** | **TX** | **78572** | **Collecting for -** |

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| Debtor | **Scorpion Drilling, Inc.** | Case number (if known) | **16-20469** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,677.87** |
|---|---|---|---|

**Moore's Bit Service**

**512 E. Adams St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Pleasanton** | **TX** | **78064** |
|---|---|---|

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| **3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,340.80** |
|---|---|---|---|

**MORALES MACHINE SHOP & TRANSPORTATION LL**

**P.O. Box 2762**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Laredo** | **TX** | **78044** |
|---|---|---|

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| **3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,480.00** |
|---|---|---|---|

**Moss Law Office**

**5350 South Staples, Suite 209**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Corpus Christi** | **TX** | **78411** |
|---|---|---|

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| **3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,339.95** |
|---|---|---|---|

**OIL PATCH PIPE SERVICE**

**P.O. Box 260196**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Corpus Christi** | **TX** | **78426** |
|---|---|---|

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Scorpion Drilling, Inc.** | Case number (if known) | **16-20469** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.61 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$1,700.00

**P & W Services, Inc.**

**8366 FM 631**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Taft** | **TX** | **78390** |

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$4,217.00

**PDC LOGIC**

**2601 Venture Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Norman** | **OK** | **73069** |

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$54,767.00

**PDC Logic**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$538.00

**Peak Oilfield Service**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| Debtor | **Scorpion Drilling, Inc.** | | Case number (if known) | **16-20469** |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.65** | Nonpriority creditor's name and mailing address |
|---|---|

**Performance Lubricants**

**P.O. Box 5585**

**Victoria**      **TX**     **77903**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Collecting for -**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,869.25**

| **3.66** | Nonpriority creditor's name and mailing address |
|---|---|

**Piedras Pintas Ranch**

**P.O. Box 402**

**Benavides**      **TX**     **78341**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Collecting for -**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$51,800.00**

| **3.67** | Nonpriority creditor's name and mailing address |
|---|---|

**Praxair Distribution Inc.**

**222 North Johnson**

**Alice**      **TX**     **78332**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Collecting for -**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$931.74**

| **3.68** | Nonpriority creditor's name and mailing address |
|---|---|

**Pro-Formance Drilling Fluids**

**1525 N. Post Oak Road**

**Houston**      **TX**     **77055**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Collecting for -**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$6,420.85**

| Debtor | **Scorpion Drilling, Inc.** | Case number (if known) | **16-20469** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.69** Nonpriority creditor's name and mailing address

**Progressive Commercial Insurance**

**P.O. Box 105420**

**Atlanta**                    **GA      30348**

Date or dates debt incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collecting for -**

Is the claim subject to offset?
☑ No
☐ Yes

**$9,664.88**

---

**3.70** Nonpriority creditor's name and mailing address

**PUNCHY DIXON CO., INC.**

**417 WESTCHESTER**

**Corpus Christi**                **TX      78408**

Date or dates debt incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collecting for -**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,784.65**

---

**3.71** Nonpriority creditor's name and mailing address

**RBC MACHINE LLC**

**2001 E. Juan Linn St.**

**Victoria**                     **TX      77901**

Date or dates debt incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collecting for -**

Is the claim subject to offset?
☑ No
☐ Yes

**$20,215.69**

---

**3.72** Nonpriority creditor's name and mailing address

**Red's Satellight Service Company**

**P.O. Box 559**

**Abilene**                      **TX      79604**

Date or dates debt incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collecting for -**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,821.08**

---

| Debtor | **Scorpion Drilling, Inc.** | Case number (if known) | **16-20469** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $487.50 |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Refugio County Memorial Hospital**

**107 Swift St.**

**Refugio**          **TX      78377**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**Basis for the claim:**
**Collecting for -**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.74** | Nonpriority creditor's name and mailing address | | $4,438.26 |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Rigmanger Inc.**

**1805 Whitemore**

**Houston**          **TX      77043**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**Basis for the claim:**
**Collecting for -**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.75** | Nonpriority creditor's name and mailing address | | $5,354.04 |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Robert's Equipment sales & Services**

**4001 Sarita**

**Corpus Christi**          **TX      78416**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**Basis for the claim:**
**Collecting for -**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.76** | Nonpriority creditor's name and mailing address | | $2,230.00 |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Rubber Supply Company**

**7139 Clinton Dr.**

**Houston**          **TX      77020**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**Basis for the claim:**
**Collecting for -**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Scorpion Drilling, Inc.** | Case number (if known) | **16-20469** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| **3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,319.69** |

**SCOTT BEARING LP**

**P.O. Box 2088 W. Main St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Alice**  **TX**  **78332**

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| **3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,769.58** |

**Scout Downhole Inc.**

**1125 Beach Airport Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Conroe**  **TX**  **77301**

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| **3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,738.38** |

**Shear Bits**

**4511Manitoba Road S.E.Calgary, Alberta T**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| **3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,466.98** |

**SOUTH TEXAS MACHINE SHOP, INC.**

**P.O, Box547 1714 S. HWY. 281**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Alice**  **TX**  **78333**

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| Debtor | **Scorpion Drilling, Inc.** | Case number (if known) | **16-20469** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.81 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$41,843.55

**SUPPLY SPECIALITY, LP**

**P.O. Box 2088 620 W. Main St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Alice**      **TX**    **78333**

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$155,070.80

**Texas Fueling Services, Inc.**

**2500 West Loop S. Suite 518**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**      **TX**    **77027**

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$8,115.45

**TEXAS LEHIGN CEMENY COMPANY LP**

**P.O. Box 610**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Buda**      **TX**    **78610**

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$4,777.50

**The Burns Law Firm, P.C.**

**P.O. Box 1197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Port Aransas**      **TX**    **78373**

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| Debtor | **Scorpion Drilling, Inc.** | Case number (if known) | **16-20469** |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,410.56** |

**The Doctors Center**

**4833 S. Staples**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Corpus Christi** | **TX** | **78411** |

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125,013.50** |

**Top Pipe Sales, Inc.**

**P.O. Box 1572**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Crosby** | **TX** | **77532** |

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$436,742.46** |

**TOP THREADING SERVICE (PIPE)**

**P.O. Box 1572**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Crosby** | **TX** | **77532** |

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$999.94** |

**Top-Co, Inc**

**Suite 20 3443 N. Sam Houston Pkwy. W**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Houston** | **TX** | **77064** |

Basis for the claim:
**Collecting for -**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| Debtor | **Scorpion Drilling, Inc.** | Case number (if known) | **16-20469** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**Ulterra Drilling Technologies, L.P.**

**420 Throckmorton St., Suite 1110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Fort Worth**     **TX**     **76102**

**Basis for the claim:**
**Collecting for -**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| **3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$710.00** |
|---|---|---|---|

**Vaughn Energy Services, A GTI Company**

**P.O. Box  261021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Corpus Christi**     **TX**     **78426**

**Basis for the claim:**
**Collecting for -**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| **3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Wage Works**

**P.O. Box 14656**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Lexington**     **KY**     **40512**

**Basis for the claim:**
**Collecting for -**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| **3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$112,977.55** |
|---|---|---|---|

**Walker Myers Insurance & Risk Management**

**396 North Seguin Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**New Braunfels**     **TX**     **78130**

**Basis for the claim:**
**Collecting for -**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

Debtor   **Scorpion Drilling, Inc.**                           Case number (if known)   **16-20469**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,032.84 |

*Check all that apply.*

**Warrior Energy Services**

☐ Contingent

**P.O. Box 122114**

☐ Unliquidated

☐ Disputed

**Dallas**                    **TX**    **75312**

**Basis for the claim:**

**Collecting for -**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☑ No
☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,453.88 |

*Check all that apply.*

**Zurich North America**

☐ Contingent

**8734 Paysphere Circle**

☐ Unliquidated

☐ Disputed

**Chicago**                   **IL**    **60674**

**Basis for the claim:**

**Collecting for -**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☑ No
☐ Yes

| Debtor | **Scorpion Drilling, Inc.** | Case number (if known) | **16-20469** |
|---|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. + | **$1,884,641.82** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,884,641.82** |

| Fill in this information to identify the case: |
|---|

Debtor name  **Scorpion Drilling, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number  **16-20469**                     Chapter  **7**
(if known)

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                                   12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☑ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
   (Official Form 206A/B).

2.   **List all contracts and unexpired leases**                         **State the name and mailing address for all other
                                                                          parties with whom the debtor has an executory
                                                                          contract or unexpired lease**

| Fill in this information to identify the case: |
| --- |

Debtor name **Scorpion Drilling, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **16-20469**
(if known)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name **Scorpion Drilling, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **16-20469**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B........................................................................  **$0.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.....................................................................  **$0.00**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B........................................................................  **$0.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D......................  **$2,001,500.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F....................................  **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.................  **+  $1,884,641.82**

4. **Total liabilities**
   Lines 2 + 3a + 3b..........................................................................................................  **$3,886,141.82**

**Fill in this information to identify the case and this filing:**

Debtor Name __**Scorpion Drilling, Inc.**__

United States Bankruptcy Court for the: __**SOUTHERN DISTRICT OF TEXAS**__

Case number __**16-20469**__
(if known)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**11/22/2016**__          X __/s/ Lauro Chapa__
      MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                     **Lauro Chapa**
                                     Printed name

                                     **President**
                                     Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Scorpion Drilling, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known)  **16-20469**

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☑ None

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Debtor | **Scorpion Drilling, Inc.** | Case number (if known) | **16-20469** |
|---|---|---|---|
| | Name | | |

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:   Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☑ None

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:   Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:   Certain Losses

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:   Certain Payments or Transfers

**11.   Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **Cromwell Law Firm** | | **11/14/2016** | **$7,500.00** |
| **Address** | | | |
| **3833 S. Staples; Suite 210** | | | |
| Street | | | |
| **Corpus Christi          TX       78411** | | | |
| City                        State     ZIP Code | | | |
| **Email or website address** | | | |
| | | | |
| **Who made the payment, if not debtor?** | | | |

| Debtor | **Scorpion Drilling, Inc.** | Case number (if known) | **16-20469** |
|---|---|---|---|
| | Name | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
    ☐ No.  Go to Part 10.
    ☐ Yes.  Fill in below:

Debtor   **Scorpion Drilling, Inc.**                                          Case number (if known)   **16-20469**
_____                         _____
Name

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19.  Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**
List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

Debtor   **Scorpion Drilling, Inc.**                                          Case number (if known)   **16-20469**
_____
Name

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in**
**violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24.** **Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.** **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this
case.  Include this information even if already listed in the Schedules.

☑ None

**26.** **Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
financial statement within 2 years before filing this case.

☑ None

**27.** **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

**28.** **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders,**
**or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners,**
**members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

Debtor   **Scorpion Drilling, Inc.**                                      Case number (if known)   **16-20469**
               Name

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

| Part 14: | Signature and Declaration |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **11/26/2016**
                     MM / DD / YYYY

X  **/s/ Lauro Chapa**                                                    Printed name   **Lauro Chapa**
      Signature of individual signing on behalf of the debtor

      Position or relationship to debtor   **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

In re  **Scorpion Drilling, Inc.**                          Case No.   **16-20469**

                                                            Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept...............................................Fixed Fee:   **$7,500.00**

   Prior to the filing of this statement I have received.......................................   **$7,500.00**

   Balance Due...........................................................................................   **$0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor                    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**11/26/2016**_____        **/s/ John Edward Cromwell**_____
*Date*                                                  *John Edward Cromwell*          Bar No.  Fed Bar# 583491
                                                        Cromwell Law Firm
                                                        3833 S. Staples; Suite 210
                                                        Corpus Christi, TX 78411
                                                        Phone: (361) 887-9700 / Fax: (361) 887-9752

---

__**/s/ Lauro Chapa**_____
*Lauro Chapa*
*President*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **Scorpion Drilling, Inc.**                                    CASE NO   **16-20469**

                                                                         CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _11/26/2016_____          Signature _ **/s/ Lauro Chapa**_____
                                                     _**Lauro Chapa**_
                                                     _**President**_


Date _____          Signature _____

3-C Valve & Eqiupment
P.O. Box 5345
Kingwood, TX 77325


ACME TRUCK LINE INC
P.O. Box
Nashville, TN 37241


Adamson & Company, LLC
701 Ayers Street
Corpus Christi, TX 78404


Adamson & Compony, LLC


Alejando Lopez MD
201 Mariposa
Alice, TX 78332


Alice Bit Retipping Service, Inc
P.O. Box 3618
Alice, TX 78333


Atlas Instrument & Supply Co., Inc.
4802 Renies Court
Needville, TX 77461


Big H Transport LLC
51 Magnolia RD
Cleveland, TX 77328


Bruington Engineering, LTD
8620 N. New Braunfels Suite 508
San Antonio, TX 78217

C W Ford Rentails
P.O. Box 3156
Kilgore, TX 75663


C. M. HENKEL III
500 N. SHORELINE, SUITE 901
Corpus Christi, TX 78401


Calallen Minor Emergency Center
1159 Leopard St.
Corpus Christi, TX 78410


Canales & Simonson
P.O. Box 5624
Corpus Christi, TX 78465


Caprock Oil Tools
3446 Main St.
Pearland, TX 77581


Carter Water Well Drilling
P.O. Box 856
Woodsboro, TX 78393


Certified Oilfield Rentals, Inc.
579 U.S. Hwy 87 North P.O.Box 967
Cuero, TX 77954


Christus Health pLAN
P.O. BOX 1239
Dallas, TX 75312


Christus Spohn Hospital Beeville
1500 East Houston St.
Beeville, TX 78102

COASTAL BEND WELLHEAD INC.
4841 SANTA ELENA
Corpus Christi, TX 78405


Commerce and Industry Insurance Company
5429 LBJ Freeway; Suite 700
Dallas, TX 75240


D & D Vacuum Service
P.O. Box 460
Brookshire, TX 77423


D&M Hillard Trucking, LLC
1513 NE 2nd Moore
Oklahoma City, OK 73160


D-A-M Services, Inc.
P.O. Box 611/178 Dam RD.
El Campo, TX 77437


David Hempel
1075 Fordyce Rd.
Victoria, TX 77905


Dimmit Regional Hospital
704 Hospital Drive
Carrizo Springs, TX 78834


DOL-OSHA
606 N. Caranchua ; Suite 700
Corpus Christi, TX 78401


Dragon Rig Sales and Service LTD
1203 Industrial Park Dr.
Victoria, TX 77905

Excalibar Minerals
3202 East Navigation Blvd.
Corpus Christi, TX 78402


Fesco, Ltd
1000 Fesco Ave.
Alice, TX 78332


Flatiron Capital
1700 Lincoln St. ; 12th Floor
Denver, CO 80203


Fleetpride
P.O. Box 9156
Corpus Christi, TX 78469


FORCE TRUCKING
4841 SANTA ELENA
Corpus Christi, TX 78405


Gary P. Scoggins Attorney at Law
71 N. Wright St.
Alice, TX 78332


Gary P. Scoggins, Attorney at Law
71 N. Wright St.
Alice, TX 78332


Global AM-TX, Inc.
P.O. Box 1287
Alvin, TX 77512


Guillermo D. Marquez, M.D.
620 S. 12th St.
McAllen, TX 78501

GULF COAST NUT & BOLT LLC
4501 Leopard St.
Corpus Christi, TX 78408


GULF ELECTRICAL WHOLESALE, INC.
300 GULF St., P.O. Drawer 2180
Alice, TX 78332


Halliburton
300 West Sycomore Rd.
Fresno, TX 77545


Hertz Equipment Rental
P.O. Box 650280
Dallas, TX 75265


Howard Supply Company, LLC
Dept 312 P.O. Box 4869
Houston, TX 77210


International American Oil works
2416 North FM 1936
P.O. Box 69170
Austin, TX 78769


J & R Valley Oilfield Services, Inc
P.O. Box 310
Mission, TX 78573


J. F. RALSTON CO., INC.
P.O. Box 25
Carrizo Springs, TX 78834


JACK COWLEY SUPPLY CO. INC.
P.O. Box 3546 1902 S. HWY 281
Alice, TX 78333

James D. Dobos
P.O. Box 643
Benavides, TX 78341


JJ WELL SERVICES, LLC
P.O. Box 4344
McAllen, TX 78502


Key Energy Services
P.O. Box 201858
Dallas, TX 75320


Kim Cox Attorney at Law
701 Ayers Street
Corpus Christi, TX 78404


Lauro H. Chapa Cem. /Falcon Downhole
P.O. Box 2
Benavides, TX 78341


Luera's Welding Service, Inc.
P.O. Box 4108
Alice, TX 78333


Mangum's Oilfield Services, LTD
P.O. Box 786
Eagle Lake, TX 77434


Mesa Saftey Services
P.O. Box 141
Pleasanton, TX 78064


Metlife-Group Benefits
P.O. Box 804466
Kansas City, MO 64180

MHHS KATY HOSPITAL
23900 KATY FREEWAY
Katy, TX 77494


MISSION VACUUM & PIPE TRUCK
P.O. Box 1935
Mission, TX 78572


Moore's Bit Service
512 E. Adams St.
Pleasanton, TX 78064


MORALES MACHINE SHOP & TRANSPORTATION LL
P.O. Box 2762
Laredo, TX 78044


Moss Law Office
5350 South Staples, Suite 209
Corpus Christi, TX 78411


OIL PATCH PIPE SERVICE
P.O. Box 260196
Corpus Christi, TX 78426


P & W Services, Inc.
8366 FM 631
Taft, TX 78390


PDC LOGIC
2601 Venture Drive
Norman, OK 73069


PDC Logic

Peak Oilfield Service


Performance Lubricants
P.O. Box 5585
Victoria, TX 77903


Piedras Pintas Ranch
P.O. Box 402
Benavides, TX 78341


Praxair Distribution Inc.
222 North Johnson
Alice, TX 78332


Pro-Formance Drilling Fluids
1525 N. Post Oak Road
Houston, TX 77055


Progressive Commercial Insurance
P.O. Box 105420
Atlanta, GA 30348


PUNCHY DIXON CO., INC.
417 WESTCHESTER
Corpus Christi, TX 78408


RBC MACHINE LLC
2001 E. Juan Linn St.
Victoria, TX 77901


Red's Satellight Service Company
P.O. Box 559
Abilene, TX 79604

Refugio County Memorial Hospital
107 Swift St.
Refugio, TX 78377


Rigmanger Inc.
1805 Whitemore
Houston, TX 77043


Robert's Equipment sales & Services
4001 Sarita
Corpus Christi, TX 78416


Rubber Supply Company
7139 Clinton Dr.
Houston, TX 77020


SCOTT BEARING LP
P.O. Box 2088 W. Main St.
Alice, TX 78332


Scout Downhole Inc.
1125 Beach Airport Dr.
Conroe, TX 77301


Shear Bits
4511Manitoba Road S.E.Calgary, Alberta T


SOUTH TEXAS MACHINE SHOP, INC.
P.O, Box547 1714 S. HWY. 281
Alice, TX 78333


SUPPLY SPECIALITY, LP
P.O. Box 2088 620 W. Main St.
Alice, TX 78333

Texas Fueling Services, Inc.
2500 West Loop S. Suite 518
Houston, TX 77027


TEXAS LEHIGN CEMENY COMPANY LP
P.O. Box 610
Buda, TX 78610


The Burns Law Firm, P.C.
P.O. Box 1197
Port Aransas, TX 78373


The Doctors Center
4833 S. Staples
Corpus Christi, TX 78411


Top Pipe Sales, Inc.
P.O. Box 1572
Crosby, TX 77532


TOP THREADING SERVICE (PIPE)
P.O. Box 1572
Crosby, TX 77532


Top-Co, Inc
Suite 20 3443 N. Sam Houston Pkwy. W
Houston, TX 77064


Ulterra Drilling Technologies, L.P.
420 Throckmorton St., Suite 1110
Fort Worth, TX 76102


Vaughn Energy Services, A GTI Company
P.O. Box  261021
Corpus Christi, TX 78426

Wage Works
P.O. Box 14656
Lexington, KY 40512


Walker Myers Insurance & Risk Management
396 North Seguin Avenue
New Braunfels, TX 78130


Warrior Energy Services
P.O. Box 122114
Dallas, TX 75312


Zurich North America
8734 Paysphere Circle
Chicago, IL 60674

3-C Valve & Eqiupment
P.O. Box 5345
Kingwood, TX 77325

C. M. HENKEL III
500 N. SHORELINE, SUITE 901
Corpus Christi, TX 78401

D & D Vacuum Service
P.O. Box 460
Brookshire, TX 77423


ACME TRUCK LINE INC
P.O. Box
Nashville, TN 37241

Calallen Minor Emergency Center
1159 Leopard St.
Corpus Christi, TX 78410

D&M Hillard Trucking, LLC
1513 NE 2nd Moore
Oklahoma City, OK 73160


Adamson & Company, LLC
701 Ayers Street
Corpus Christi, TX 78404

Canales & Simonson
P.O. Box 5624
Corpus Christi, TX 78465

D-A-M Services, Inc.
P.O. Box 611/178 Dam RD.
El Campo, TX 77437


Adamson & Compony, LLC

Caprock Oil Tools
3446 Main St.
Pearland, TX 77581

David Hempel
1075 Fordyce Rd.
Victoria, TX 77905


Alejando Lopez MD
201 Mariposa
Alice, TX 78332

Carter Water Well Drilling
P.O. Box 856
Woodsboro, TX 78393

Dimmit Regional Hospital
704 Hospital Drive
Carrizo Springs, TX 78834


Alice Bit Retipping Service, Inc.
P.O. Box 3618
Alice, TX 78333

Certified Oilfield Rentals, Inc
579 U.S. Hwy 87 North P.O.Box 9
Cuero, TX 77954

DOL-OSHA
606 N. Caranchua ; Suite 700
Corpus Christi, TX 78401


Atlas Instrument & Supply Co.,
4802 Renies Court
Needville, TX 77461

Christus Health pLAN
P.O. BOX 1239
Dallas, TX 75312

Dragon Rig Sales and Service LT
1203 Industrial Park Dr.
Victoria, TX 77905


Big H Transport LLC
51 Magnolia RD
Cleveland, TX 77328

Christus Spohn Hospital Beeville
1500 East Houston St.
Beeville, TX 78102

Excalibar Minerals
3202 East Navigation Blvd.
Corpus Christi, TX 78402


Bruington Engineering, LTD
8620 N. New Braunfels Suite 508
San Antonio, TX 78217

COASTAL BEND WELLHEAD INC.
4841 SANTA ELENA
Corpus Christi, TX 78405

Fesco, Ltd
1000 Fesco Ave.
Alice, TX 78332


C W Ford Rentails
P.O. Box 3156
Kilgore, TX 75663

Commerce and Industry Insurance
5429 LBJ Freeway; Suite 700
Dallas, TX 75240

Flatiron Capital
1700 Lincoln St. ; 12th Floor
Denver, CO 80203

Debtor(s):  **Scorpion Drilling, Inc.**
Case No:  **16-20469**
Chapter:  **7**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

Fleetpride
P.O. Box 9156
Corpus Christi, TX 78469

Howard Supply Company, LLC
Dept 312 P.O. Box 4869
Houston, TX 77210

Luera's Welding Service, Inc.
P.O. Box 4108
Alice, TX 78333

FORCE TRUCKING
4841 SANTA ELENA
Corpus Christi, TX 78405

International American Oil works
2416 North FM 1936
P.O. Box 69170
Austin, TX 78769

Mangum's Oilfield Services, LTD
P.O. Box 786
Eagle Lake, TX 77434

Gary P. Scoggins Attorney at Law
71 N. Wright St.
Alice, TX 78332

J & R Valley Oilfield Services,
P.O. Box 310
Mission, TX 78573

Mesa Saftey Services
P.O. Box 141
Pleasanton, TX 78064

Gary P. Scoggins, Attorney at L
71 N. Wright St.
Alice, TX 78332

J. F. RALSTON CO., INC.
P.O. Box 25
Carrizo Springs, TX 78834

Metlife-Group Benefits
P.O. Box 804466
Kansas City, MO 64180

Global AM-TX, Inc.
P.O. Box 1287
Alvin, TX 77512

JACK COWLEY SUPPLY CO. INC.
P.O. Box 3546 1902 S. HWY 281
Alice, TX 78333

MHHS KATY HOSPITAL
23900 KATY FREEWAY
Katy, TX 77494

Guillermo D. Marquez, M.D.
620 S. 12th St.
McAllen, TX 78501

James D. Dobos
P.O. Box 643
Benavides, TX 78341

MISSION VACUUM & PIPE TRUCK
P.O. Box 1935
Mission, TX 78572

GULF COAST NUT & BOLT LLC
4501 Leopard St.
Corpus Christi, TX 78408

JJ WELL SERVICES, LLC
P.O. Box 4344
McAllen, TX 78502

Moore's Bit Service
512 E. Adams St.
Pleasanton, TX 78064

GULF ELECTRICAL WHOLESALE, INC.
300 GULF St., P.O. Drawer 2180
Alice, TX 78332

Key Energy Services
P.O. Box 201858
Dallas, TX 75320

MORALES MACHINE SHOP & TRANSPORT
P.O. Box 2762
Laredo, TX 78044

Halliburton
300 West Sycomore Rd.
Fresno, TX 77545

Kim Cox Attorney at Law
701 Ayers Street
Corpus Christi, TX 78404

Moss Law Office
5350 South Staples, Suite 209
Corpus Christi, TX 78411

Hertz Equipment Rental
P.O. Box 650280
Dallas, TX 75265

Lauro H. Chapa Cem. /Falcon Dow
P.O. Box 2
Benavides, TX 78341

OIL PATCH PIPE SERVICE
P.O. Box 260196
Corpus Christi, TX 78426

Debtor(s):  **Scorpion Drilling, Inc.**      Case No:  **16-20469**                                    **SOUTHERN DISTRICT OF TEXAS**
                                            Chapter:  **7**                                          **CORPUS CHRISTI DIVISION**

P & W Services, Inc.            RBC MACHINE LLC                 SUPPLY SPECIALITY, LP
8366 FM 631                     2001 E. Juan Linn St.           P.O. Box 2088 620 W. Main St.
Taft, TX 78390                  Victoria, TX 77901              Alice, TX 78333


PDC LOGIC                       Red's Satellight Service Compan Texas Fueling Services, Inc.
2601 Venture Drive              P.O. Box 559                    2500 West Loop S. Suite 518
Norman, OK 73069                Abilene, TX 79604               Houston, TX 77027


PDC Logic                       Refugio County Memorial Hospita TEXAS LEHIGN CEMENY COMPANY LP
                                107 Swift St.                   P.O. Box 610
                                Refugio, TX 78377               Buda, TX 78610


Peak Oilfield Service           Rigmanger Inc.                  The Burns Law Firm, P.C.
                                1805 Whitemore                  P.O. Box 1197
                                Houston, TX 77043               Port Aransas, TX 78373


Performance Lubricants          Robert's Equipment sales & Serv The Doctors Center
P.O. Box 5585                   4001 Sarita                     4833 S. Staples
Victoria, TX 77903              Corpus Christi, TX 78416        Corpus Christi, TX 78411


Piedras Pintas Ranch            Rubber Supply Company           Top Pipe Sales, Inc.
P.O. Box 402                    7139 Clinton Dr.                P.O. Box 1572
Benavides, TX 78341             Houston, TX 77020               Crosby, TX 77532


Praxair Distribution Inc.       SCOTT BEARING LP                TOP THREADING SERVICE (PIPE)
222 North Johnson               P.O. Box 2088 W. Main St.       P.O. Box 1572
Alice, TX 78332                 Alice, TX 78332                 Crosby, TX 77532


Pro-Formance Drilling Fluids    Scout Downhole Inc.             Top-Co, Inc
1525 N. Post Oak Road           1125 Beach Airport Dr.          Suite 20 3443 N. Sam Houston Pk
Houston, TX 77055               Conroe, TX 77301                Houston, TX 77064


Progressive Commercial Insuranc Shear Bits                      Ulterra Drilling Technologies,
P.O. Box 105420                 4511Manitoba Road S.E.Calgary,  420 Throckmorton St., Suite 111
Atlanta, GA 30348                                               Fort Worth, TX 76102


PUNCHY DIXON CO., INC.          SOUTH TEXAS MACHINE SHOP, INC.  Vaughn Energy Services, A GTI C
417 WESTCHESTER                 P.O, Box547 1714 S. HWY. 281    P.O. Box  261021
Corpus Christi, TX 78408        Alice, TX 78333                 Corpus Christi, TX 78426

Debtor(s): **Scorpion Drilling, Inc.**

Case No: **16-20469**

Chapter: **7**

**SOUTHERN DISTRICT OF TEXAS**

**CORPUS CHRISTI DIVISION**

Wage Works
P.O. Box 14656
Lexington, KY 40512

Walker Myers Insurance & Risk M.
396 North Seguin Avenue
New Braunfels, TX 78130

Warrior Energy Services
P.O. Box 122114
Dallas, TX 75312

Zurich North America
8734 Paysphere Circle
Chicago, IL 60674